UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH WLODYNSKI,

          Plaintiff,

vs.                                  Case No. 8:08-CV-00361-JDW-MAP

RYLAND HOMES OF FLORIDA REALTY
CORPORATION,

          Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Motion to Strike Defendant's Affirmative Defenses to Plaintiff's Complaint (Dkt. 11) be granted (Dkt. 17). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1)    The Report and Recommendation (Dkt. 17) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)    Plaintiff's Motion to Strike Defendant's Affirmative Defenses to Plaintiff's Complaint (Dkt. 11) is **GRANTED** as follows:

3)    Defendant's Fourth Affirmative Defense is **stricken with prejudice** as to the defense

1

of laches.

4) Defendant's Fifth Affirmative Defense is **stricken without prejudice** as to the defenses of waiver and estoppel with leave for Defendant to replead the affirmative defenses setting forth a short and plain statement of the facts in support.

5) Defendant's Sixth Affirmative Defense is **stricken without prejudice** as to the defense of unclean hands with leave for Defendant to replead the affirmative defense setting forth a short and plain statement of the facts in support.

6) Defendant may amend its affirmative defenses as set forth above within ten (10) days of the date of this Order.

**DONE AND ORDERED** in chambers this 17th day of July, 2008.

JAMES D. WHITTEMORE
**United States District Judge**

Copies to:
Counsel of Record